367 A.2d 1092
**COMMONWEALTH of Pennsylvania,
Appellant,
v.
John W. QUARLES, Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 14, 1976.

Decided Jan. 28, 1977.

Kenneth G. Biehn, Dist. Atty., Stephen B. Harris, First Asst. Dist. Atty., for appellant.

Peter N. Harrison, Doylestown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

The petition for allowance of appeal having been improvidently granted, the appeal is accordingly dismissed.